In the Matter of the Claim of CHARLES COBURN, Respondent, against LENFIN REALTY CORP. et al., Appellants, and LOCAL 32B BUILDING SERVICE EMPLOYEES UNION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals granted, without costs, and this court certifies that in its opinion there is a question of law involved which ought to be reviewed by the Court of Appeals. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [See *ante*, p. 840.]

In the Matter of the Claim of BLANCHE M. COLLINS, Respondent, against ARCHER MOTOR CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [See 279 App. Div. 1123.]

In the Matter of the Claim of MARY MILLER, Respondent, against CHAUTAUQUA COUNTY AGRICULTURAL CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals denied, with $10 costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [See 279 App. Div. 1126.]

IRENE M. LAVIN, as Administratrix of the Estate of KENNETH J. LAVIN, Deceased, Respondent, v. GOLDBERG BUILDING MATERIAL CORP., Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [See 279 App. Div. 1128.]

In the Matter of CITY OF MOUNT VERNON, Petitioner, against BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [See *ante*, p. 848.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER MADER KADIO, Appellant.— Motion for reargument denied. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [See *ante*, p. 854.]